```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   REFUGIO GUERRA-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | |
|---|---|
| ) | Cr.S. 08-506-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: December 12, 2008 |
| REFUGIO GUERRA-HERNANDEZ, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell Jr. |
| Defendant. ) | |
| ) | |
| _____) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, REFUGIO GUERRA-HERNANDEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 12, 2008 be continued to Friday, December 19, 2008 at 9:00 a.m..

   This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 19, 2008

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 10, 2008        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                REFUGIO GUERRA-HERNANDEZ


DATED: December 10, 2008        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 19, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2